GERALDINE BRITT v. DRUG FAIR.

March 16, 1976. Cross-petition for certification denied.

LINDA FAISON v. MARTLAND MEDICAL CENTER.

March 16, 1976. Petition for certification denied.

IN RE ROBERT GLASS.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MARK LUEDER.

March 16, 1976. Petition for certification granted. (See 137 *N. J. Super.* 67)

PISCATAWAY TWP. EDUCATION ASSOCIATION v. PISCATAWAY TOWNSHIP, BOARD OF EDUCATION.

March 16, 1976. Petition for certification denied.

PISCATAWAY TWP. EDUCATION ASSOCIATION v. PISCATAWAY TOWNSHIP, BOARD OF EDUCATION.

March 16, 1976. Cross-petition for certification denied.